IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 1:22-23866-Civ-Scola

PINAR DEL RIO SHOPPING CENTER, INC.,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

**MEDIATION REPORT**

The Mediation in this matter was conducted on August 18, 2023 Via Zoom Conferencing @ 10:00 AM (and continued settlement discussions on 8/21/23).  All parties were present and represented by counsel.  There was an agreement reached between the parties.

    *s/Anthony E. Torrente*
    Anthony E. Torrente, Esquire
    Florida Bar No. 093644
    2525 Ponce de Leon Boulevard
    4th Floor
    Coral Gables, Florida 33134
    Telephone: (305) 358-7747
    Facsimile: (305) 577-1063
    Email: atorrente@hinshawlaw.com
    *Mediator for the Parties*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served via *Electronic Mail* on August 24, 2023 to: All counsel of record.